| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

FRED LAMPKIN, §
§
    Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:04-CV-459
§
WILLIAM J. PITTMAN, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Fred Lampkin, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed the above-styled lawsuit pursuant to 42 U.S.C. § 1983.

    The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence.  No objections were filed to the magistrate judge's Report and Recommendation.

## **ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED.**  A final judgment will be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 22nd day of March, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE